IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| MARÍA M. RODRÍGUEZ- CABRERA, her spouse DR. PEDRO COLBERG ARROYO and their CONJUGAL PARTNERSHIP<br>    Plaintiff<br><br>v.<br><br>MUTUAL OF OMAHA INSURANCE CO.<br>    Defendant. | CIVIL NO. 22-1649 (JAG)(MEL) |

## MOTION TO RESCHEDULE MEDIATION SESSION

**TO THE HON. MARCOS E. LÓPEZ, MAGISTRATE JUDGE:**

**COMES NOW,** Defendant Mutual of Omaha Insurance Company ("Mutual"), by and through its undersigned counsel, and hereby submits as follows:

1. On June 2nd, 2025, the Court referred the present case to Magistrate Judge Marcos López for mediation. ECF No. 42.

2. On June 6, 2025, Magistrate Judge López scheduled a mediation session for June 12th, 2025, at 1:30pm at the Clemente Ruiz Nazario Courthouse. ECF No. 44.

3. The undersigned attorneys have a calendar conflict on that date. Among other matters, the undersigned have to attend a hearing, scheduled at 2:00pm, in the case <u>Puerto Rico With a Purpose, L3c v. Stephanie Del Valle; et al.</u>, SJ2022CV00872, before the Puerto Rico Court of First Instance ("CFI"). The hearing was scheduled on April 7, 2025,[1] and is expected to last around two hours, as the CFI informed that the Proposed Pretrial Memorandum will be discussed.[2]

---

[1] SUMAC Ent. # 272.
[2] SUMAC Ent. # 277. The case was reassigned to a new judge after the Pretrial Conference had been conducted. The new judge, the Hon. Brian Burgos, has scheduled various hearings to discuss the Pretrial Order prior to setting a trial

Since both attorneys for Mutual will be attending this previously scheduled hearing, which will serve, for all practical purposes, as a pretrial hearing, we respectfully request that the mediation session be rescheduled.

4. We reached out to plaintiffs' counsel to inform him of this issue and to ask for alternative dates to reschedule the mediation session.

5. Out of those conversations, the following dates were identified:

   a. June 17, 2025;

   b. June 24, 2025;

   c. June 26, 2025;

   d. July 1, 2025; and

   e. July 2, 2025.

6. Mutual of Omaha respectfully requests that this Court reschedule the mediation session to one of the dates above.

**WHEREFORE**, Mutual of Omaha Insurance Company requests that this Court enter an order rescheduling the June 12th, 2025, mediation session to one of the dates offered by the parties.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico on this 10th day of September 2024.

                                                **ROMAN NEGRÓN LAW, PSC**
                                                Citi Towers, Suite 1401
                                                252 Ponce de León Ave.
                                                San Juan, PR 00918
                                                P.O. Box 360758
                                                San Juan, PR 00936
                                                Tel. (787) 979-2007

                                                *s/Luis R. Román-Negrón*
                                                Luis R. Román-Negrón

---

date.

USDC-PR 225001
lrn@roman-negron.com

***s/José D. Casillas-Guevara***
José David Casillas-Guevara
USDC-PR 308311
jcasillas@roman-negron.com